1206

No. 82–1616. UNITED STATES v. WEBER AIRCRAFT CORP. ET AL. C. A. 9th Cir. Certiorari granted. ▮

No. 82–1771. UNITED STATES v. LEON ET AL. C. A. 9th Cir. Certiorari granted. ▮

No. 82–1772. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES v. RINGER ET AL. C. A. 9th Cir. Certiorari granted. ▮

No. 82–1479. JUSTICES OF BOSTON MUNICIPAL COURT v. LYDON. C. A. 1st Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. ▮

No. 82–1711. COLORADO v. QUINTERO. Sup. Ct. Colo. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. ▮

No. 82–1630. HUDSON v. PALMER; and
No. 82–6695. PALMER v. HUDSON. C. A. 4th Cir. Motions of Russell Thomas Palmer for leave to proceed *in forma pauperis* granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 697 F. 2d 1220.

No. 81–2328. HELLENIC LINES LTD. v. FANETTI. C. A. 2d Cir. Certiorari denied. ▮

No. 82–643. O'LEARY v. ALABAMA. Sup. Ct. Ala. Certiorari denied. ▮

No. 82–1229. LOVELL ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 82–1276. DIAMOND M DRILLING CORP. v. TARLTON ET AL. C. A. 5th Cir. Certiorari denied. ▮